This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**DIANNA GONZALES,**

    Plaintiff-Appellant,

**v.**                                          **No. 34,449**

**JOYCE JEFFRIES,**

    Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Denise Barela Shepherd, District Judge**

Duhigg, Cronin, Spring & Berlin, PA
David L. Duhigg
Albuquerque, NM

for Appellant

Butt, Thornton & Baehr, P.C.
Emily A. Franke
Stephanie L. Latimer
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**GARCIA, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed disposition.  No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}     Affirmed.

{3}     **IT IS SO ORDERED.**


_____

**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**


_____

**JAMES J. WECHSLER, Judge**


_____

**M. MONICA ZAMORA, Judge**